**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

. **Gerald Patrick DEADY, Respondent.**

**No. 390 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

May 11, 1998.

*ORDER*

PER CURIAM:

AND NOW, this 11th day of May, 1998, there having been filed with this Court by Gerald Patrick Deady his verified Statement of Resignation dated April 3, 1998, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa. R.D.E., it is

ORDERED that the resignation of Gerald Patrick Deady be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania; and it is further ORDERED that he shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

■

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**James Edwin PERSING, Respondent.**

**No. 414 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

May 11, 1998.

*ORDER*

PER CURIAM:

AND NOW, this 11th day of May, 1998, there having been filed with this Court by James Edwin Persing his Verified Statement of Resignation dated March 25, 1998, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa. R.D.E., it is

ORDERED that the resignation of James Edwin Persing be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania; and it is further ORDERED that he shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.